THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESTA SIMMONDS,<br><br>                Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>                Nominal Plaintiff,<br><br>   v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 2:12-cv-01937 TSZ<br><br>**NOTICE OF APPEARANCE**<br><br>[*CLERK'S ACTION REQUIRED*] |

TO:       THE CLERK OF THE COURT;

AND TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, **CREDIT SUISSE SECURITIES (USA) LLC,** hereby appears in the above-referenced action by the undersigned attorneys, local counsel Christopher B. Wells of Lane Powell PC, and co-counsel David S. Lesser and Fraser L. Hunter, Jr. of WilmerHale and request that upon submission and approval of pro hac vice applications, service of all papers and pleadings herein, except writs of

NOTICE OF APPEARANCE- 1
Case No. 2:12-cv-01937 TSZ

123414.0002/5536989.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

original process, be made upon the undersigned attorneys for said defendant at their offices below stated.

DATED: December 3, 2012

                LANE POWELL PC


By  *s/Christopher B. Wells*
     Christopher B. Wells, WSBA No. 08302
     1420 Fifth Avenue, Suite 4100
     Seattle, WA 98101-2338
     Telephone: 206.223.7000
     Facsimile: 206.223.7107
     Email: wellsc@lanepowell.com


WILMER HALE


By  *s/David S. Lesser*
     David S. Lesser *(pro hac vice pending)*

By  *s/Fraser L. Hunter, Jr.*
     Fraser L. Hunter, Jr. *(pro hac vice pending)*

     7 World Trade Center
     250 Greenwich Street
     New York, NY 10007
     Telephone: 212.230.8851
     Facsimile: 212.230.8888
     Email: david.lesser@wilmerhale.com
     Email: fraser.hunter@wilmerhale.com

Attorneys for Defendant
Credit Suisse Securities (USA) LLC

NOTICE OF APPEARANCE- 2
Case No. 2:12-cv-01937 TSZ
123414.0002/5536989.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 3rd day of December, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Jeffrey I. Tilden
Mark A. Wilner
David M. Simmonds
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
Email: jtilden@gordontilden.com
Email: mwilner@gordontilden.com
Email: dsimmonds@gordontilden.com

William C. Smart
Ian S. Birk
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
Email: wsmart@kellerrohrback.com
Email: ibirk@kellerrohrback.com

Executed on the 3rd day of December, 2012, at Seattle, Washington.

          *s/Christopher B. Wells*
Signature of Attorney
WSBA No. 08302
Typed Name: Christopher B. Wells
Address: 1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: 206.223.7000
Fax: 206.223.7107
E-mail: wellsc@lanepowell.com

NOTICE OF APPEARANCE- 3
Case No. 2:12-cv-01937-TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

123414.0002/5536989.1