THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS, <br><br>                 Plaintiff, <br> and <br><br> GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation, <br><br>               Nominal Plaintiff, <br><br>      v. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company, <br><br>               Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 2:12-cv-01937 TSZ <br> ) <br> )   **NOTICE OF RELATED CASES** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") respectfully submits this Notice of Related Cases pursuant to Local Civil Rule 3(f), under which "a party must file a Notice of Related Case alerting the court as soon as it knows or learns that another action that was or is pending in this district may be related to the party's case." As set forth below, this action ("Geeknet II") is related to *Simmonds v. Credit Suisse Securities (USA) LLC*, No. 2:07-cv-01583-JLR ("Geeknet I"), part of a set of 54 coordinated cases previously filed in 2007 and litigated before Judge James L. Robart. *See In re Section 16(B) Litigation*, No. 2:07-cv-01549-JLR (W.D. Wash.) ("Coordinated Cases"). In accordance with Local Civil

NOTICE OF RELATED CASES - 1
Case No. 2:12-cv-01937 TSZ

1   Rule 3(f), this action is related to *Geeknet I* because it (1) concerns substantially the same

2   "parties," "transaction," and "event" as *Geeknet I*, and (2) "it appears likely that there will be an

3   unduly burdensome duplication of labor and expense or the potential for conflicting results if

4   the cases are conducted before different judges."

5                                           **BACKGROUND**

6          *Geeknet I* and the rest of the Coordinated Cases were shareholder actions brought by

7   plaintiff Vanessa Simmonds in 2007, alleging that various defendant banks violated

8   Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b), in connection with

9   the underwriting of certain initial public offerings ("IPOs") in late 1999 and early 2000.

10  Specifically, in *Geeknet I*, Simmonds alleged that Credit Suisse violated Section 16(b) in

11  connection with the 1999 IPO of Geeknet, Inc.[1]

12         In July 2008, Defendants moved to dismiss, and following extensive briefing and oral

13  argument, Judge Robart dismissed all of the Coordinated Cases in an order dated March 12,

14  2009.   *See In re Section 16(B) Litigation*, 602 F. Supp. 2d 1202 (W.D. Wash. 2009).

15  Specifically, Judge Robart dismissed *Geeknet I*, along with 23 other cases, for failure to satisfy

16  the applicable statute of limitations. *Id.* at 1216-19. Judge Robart dismissed the remaining 30

17  cases without prejudice on the ground that the demand letters sent to the nominal defendant

18  issuers had been inadequate. *Id.* at 1211-15.

19         On appeal, in a decision dated December 2, 2010, the Ninth Circuit affirmed Judge

20  Robart's dismissal of 30 of the cases, agreeing that Simmonds' demand letters were inadequate,

21  but held that the dismissal be with prejudice. *See Simmonds v. Credit Suisse Sec. (USA) LLC*,

22  638 F.3d 1072, 1099 (9th Cir. 2010).  The Ninth Circuit reversed as to the other 24 cases

23

24

---

25  [1] At the time of the 1999 IPO, Geeknet was known as VA Linux Systems, Inc.  In December
    2001, VA Linux changed its name to VA Software Corporation, and then in May 2007 changed
26  its name to SourceForge, Inc., the successor issuer entity identified in the October 2007
    *Geeknet I* complaint.  In November 2009, SourceForge changed its name to Geeknet, Inc., the
27  successor issuer entity identified in the *Geeknet II* complaint.

NOTICE OF RELATED CASES - 2
Case No. 2:12-cv-01937 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

1   (including *Geeknet I*), holding that Simmonds' claims were not time-barred under then-
2   prevailing Ninth Circuit law. *Id.*

3         The Supreme Court granted certoriari on the statute-of-limitations issue, and on
4   March 26, 2012, vacated the Ninth Circuit's statute-of-limitations holding in the 24 cases, and
5   remanded the statute of limitations issue for further consideration. *See Credit Suisse Sec.*
6   *(USA) LLC v. Simmonds*, 132 S. Ct. 1414, 1421 (2012). On May 15, 2012, the Ninth Circuit
7   remanded the 24 cases to Judge Robart for further consideration of the statute of limitations
8   issue in light of the Supreme Court's decision and the adequacy of plaintiffs' demand letter in
9   light of its own prior decision, and ordered the district court to dismiss the other 30 actions with
10  prejudice. *See Simmonds v. Credit Suisse Sec. (USA) LLC*, 678 F.3d 1139 (9th Cir. 2012).

11        On June 11, 2012, plaintiff purported to voluntarily dismiss each of the Coordinated
12  Cases "with prejudice as to the adequacy-of-the-presuit-demand issue . . . and without prejudice
13  as to all other issues." *See In re Section 16(B) Litigation*, No. 2:07-cv-01549-JLR, Dkt. # No.
14  104 (W.D. Wash.). On June 20, 2012, defendants filed a response to plaintiff's notices of
15  dismissal, submitting that under Federal Rule of Civil Procedure 41 plaintiff's attempt in her
16  notices to "parse the dismissal on an issue-by-issue basis [was] legally inoperative" and that her
17  dismissal should be deemed to be with prejudice. *Id.*, Dkt. # 105 at 2. On July 8, 2012, Judge
18  Robart held that "the effect of Ms. Simmonds's notices of dismissal (i.e. whether they are with
19  or without prejudice) should be made if and when she initiates a second action that includes the
20  same claim." *Id.*, Dkt. # 108 at 5.

21        Plaintiff filed the instant complaint—"a second action that includes the same claim"—
22  on November 2, 2012.

23                    **DISCUSSION**

24        *Geeknet II* is related to *Geeknet I* under the standards set forth in Local Civil Rule 3(f).
25  *See Local Rules* W.D. Wash. LCR 3(f)(2) (effective Dec. 1, 2012) ("An action is related to
26  another when the actions: (A) concern substantially the same parties, property, transaction, or
27  event; and (B) it appears likely that there will be an unduly burdensome duplication of labor

NOTICE OF RELATED CASES - 3
Case No. 2:12-cv-01937 TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  and expense or the potential for conflicting results if the cases are conducted before different

2  judges.")

3      **First**, *Geeknet II* concerns substantially the same "parties," "transaction," and "event"

4  as *Geeknet I*. Indeed, the complaints in both cases are materially identical. Both complaints

5  name the same parties (Simmonds and Credit Suisse),[2] and both complaints allege that Credit

6  Suisse violated Section 16(b) by supposedly garnering impermissible "short-swing" profits in

7  connection with its underwriting of the 1999 IPO of Geeknet, Inc. (f/k/a VA Linux, Inc.).

8      **Second**, "it appears likely that there will be an unduly burdensome duplication of labor

9  and expense or the potential for conflicting results if the cases are conducted before different

10  judges." Judge Robart has already devoted substantial resources over a number of years to

11  adjudicating *Geeknet I* and the 53 other Coordinated Cases, including ruling on numerous

12  motions and devoting many hours of time to conferences and legal argument. Credit Suisse

13  expects that many if not all of the issues previously addressed to Judge Robart in *Geeknet I* will

14  be presented again in *Geeknet II*, including (1) whether Simmonds' June 11, 2012 voluntary

15  dismissal of *Geeknet I* before Judge Robart was "with prejudice"; (2) whether Simmonds'

16  demand letter was inadequate; (3) whether Simmonds' claims fail under the statute of

17  limitations; and (4) whether Simmonds' complaint is subject to dismissal for failure to state a

18  claim for a violation of Section 16(b).

19

20

21

22

23

24

25

26  [2] Lehman Brothers, which was also named as a defendant in *Geeknet I*, filed for bankruptcy in

27  2008. It is named as a non-party group member in the present action.

NOTICE OF RELATED CASES - 4
Case No. 2:12-cv-01937 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

123414.0002/5546044.1

1

**CONCLUSION**

2          For the foregoing reasons, this action is related to *Geeknet I* pursuant to Local Civil

3   Rule 3(f) and reassignment of this action to Judge Robart, who already has familiarity and

4   experience with the issues, will likely "avoid duplication of labor and expense" and will serve

5   to conserve finite judicial resources.

6
          DATED:  December 3, 2012
7
                                        LANE POWELL PC
8

9
                                        By   *s/Christopher B. Wells*
10                                           Christopher B. Wells, WSBA No. 08302
                                             1420 Fifth Avenue, Suite 4100
11                                           Seattle, WA 98101-2338
                                             Telephone:  206.223.7000
12                                           Facsimile:  206.223.7107
                                             Email:  wellsc@lanepowell.com
13

14                                      WILMER HALE

15
                                        By   *s/David S. Lesser*
16                                      David S. Lesser *(pro hac vice pending)*

17                                      By   *s/Fraser L. Hunter, Jr.*
                                        Fraser L. Hunter, Jr. *(pro hac vice pending)*
18
                                        7 World Trade Center
19                                      250 Greenwich Street
                                        New York, NY  10007
20                                      Telephone:  212.230.8851
                                        Facsimile:  212.230.8888
21                                      Email:  david.lesser@wilmerhale.com
                                        Email:  fraser.hunter@wilmerhale.com
22
                                        Attorneys for Defendant
23                                      Credit Suisse Securities (USA) LLC

24

25

26

27

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

123414.0002/5546044.1

1

## CERTIFICATE OF SERVICE

2

3          Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under

4    the laws of the State of Washington, that on the _3rd_ day of December, 2012, the document

5    attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF

6    system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of

7    the Court will send e-mail notification of such filing to the following persons:

8    Jeffrey I. Tilden
     Mark A. Wilner
9    David M. Simmonds
     GORDON TILDEN THOMAS & CORDELL LLP
10   1001 Fourth Avenue, Suite 4000
     Seattle, WA 98154
11   Telephone:  206-467-6477
     Facsimile:  206-467-6292
12   Email:  jtilden@gordontilden.com
     Email:  mwilner@gordontilden.com
13   Email:  dsimmonds@gordontilden.com

14   William C. Smart
     Ian S. Birk
15   KELLER ROHRBACK L.L.P.
     1201 Third Avenue, Suite 3200
16   Seattle, WA  98101
     Telephone:  206-623-1900
17   Facsimile:  206-623-3384
     Email:  wsmart@kellerrohrback.com
18   Email:  ibirk@kellerrohrback.com

19
             Executed on the _3rd_ day of December, 2012, at Seattle, Washington.
20

21                                              s/Christopher B. Wells
22                                              Signature of Attorney
                                                WSBA No. 08302
23                                              Typed Name:  Christopher B. Wells
                                                Address:  1420 Fifth Avenue, Suite 4100
24                                              Seattle, WA  98101-2338
                                                Telephone:  206.223.7000
25                                              Fax:  206.223.7107
                                                E-mail:  wellsc@lanepowell.com
26

27

NOTICE OF RELATED CASES - 6
Case No. 2:12-cv-01937 TSZ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

123414.0002/5546044.1