Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>              Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>              Nominal Plaintiff<br><br>   v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>              Defendant | NO. 2:12-cv-01937 TSZ<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RELATED CASES |

Plaintiff takes issue with much of Defendant's characterizations and analysis in its Notice of Related Cases (Dkt. 10). However, Plaintiff has no objection to this case being transferred to Judge James L. Robart.

PLAINTIFF'S RESPONSE TO DEFENDANT'S
NOTICE OF RELATED CASES – 1
No. 2:12-cv-01937 TSZ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 4th day of December, 2012.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP**<br>Attorneys for Plaintiff<br><br>By: *s/Mark Wilner*<br>  Jeffrey I. Tilden, WSBA #12219<br>  Mark A. Wilner, WSBA #31550<br>  David M. Simmonds, WSBA #6994<br>  1001 Fourth Avenue, Suite 4000<br>  Seattle, Washington 98154<br>  Telephone:  (206) 467-6477<br>  Facsimile:  (206) 467-6292<br>  Email: jtilden@gordontilden.com<br>  Email: mwilner@gordontilden.com<br>  Email: dsimmonds@gordontilden.com | **KELLER ROHRBACK L.L.P.**<br>Attorneys for Plaintiff<br><br>By: *s/Ian Birk*<br>  William C. Smart, WSBA #8192<br>  Ian S. Birk, WSBA #16296<br>  1201 Third Avenue, Suite 3200<br>  Seattle, Washington 98101<br>  Telephone:  (206) 623-1900<br>  Facsimile:  (206) 623-3384<br>  Email: wsmart@kellerrohrback.com<br>  Email: ibirk@kellerrohrback.com |

PLAINTIFF'S RESPONSE TO DEFENDANT'S
NOTICE OF RELATED CASES – 2
No. 2:12-cv-01937 TSZ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

**Counsel for Nominal Plaintiff Geeknet, Inc.**:
Molly M. Dailey
Stoel Rives
600 University Street, Suite 3600
Seattle, WA 98101
T: (206) 624-0900
F: (206) 386-7500
Email:  mmdaily@stoel.com

**Counsel for Credit Suisse Securities (USA) LLC**:
Christopher B. Wells
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
T:  206-223-7000
F:  206-226-7107
Email:  wellsc@lanepowell.com

Davis S. Lesser
Fraser Hunter
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8851
212-230-8888
David.lesser@willmerhale.com
Fraser.hunter@willmerhale.com

*s/Mark Wilner*
Mark Wilner, WSBA #31550
Gordon Tilden Thomas & Cordell LLP

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RELATED CASES – 3
No. 2:12-cv-01937 TSZ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292