1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

15

16

VANESSA SIMMONDS,

                Plaintiff,

and

GEEKNET, INC. (f/k/a VA LINUX
SYSTEMS, INC.) a Delaware corporation,

                Nominal Plaintiff,

v.

CREDIT SUISSE SECURITIES (USA) LLC,
a Delaware limited liability company,

                Defendant.

C12-1937TSZ

MINUTE ORDER

17

18

19

20

21

22

23

24

25

26

       The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

       (1)     The Honorable Thomas S. Zilly transfers the above captioned case as related to C07-1583JLR to the Honorable James L. Robart for all further proceedings.  All future pleadings shall bear the cause number C12-1937JLR.

       (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Filed and entered this 6th day of December, 2012.

                        WILLIAM M. McCOOL, Clerk

                      s/ Claudia Hawney
            By _____
              Claudia Hawney
              Deputy Clerk

MINUTE ORDER  - 1