| | |
|---|---|
| | THE HONORABLE JAMES L. ROBART |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>  Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>  Nominal Plaintiff<br><br>  v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>  Defendant. | No. 2:12-cv-01937-JLR<br><br>GEEKNET, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for GeekNet, Inc. ("GeekNet") submits this Corporate Disclosure Statement.

//

//

//

//

//

GEEKNET, INC.'S CORPORATE DISCLOSURE STATEMENT (12-cv-01937-JLR) - 1

1   GeekNet has no parent company, and no publicly held corporation owns 10 percent or
2   more of GeekNet's stock.
3   DATED: January 8, 2013.

STOEL RIVES LLP

*s/ Molly Daily*
Molly Daily, WSBA No. 28360
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500
Email: mmdaily@stoel.com

Attorneys for Nominal Plaintiff

GEEKNET, INC.'S CORPORATE DISCLOSURE STATEMENT (12-cv-01937-JLR) - 2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that on January 8, 2013, I electronically filed the foregoing with the Clerk of
3  the Court using the CM/ECF system which will send notification of such filing to the parties
   in the above case.

4

5
                                            STOEL RIVES LLP
6
                                            *s/ Molly Daily*_____
7                                           Molly Daily, WSBA No. 28360
                                            600 University Street, Suite 3600
8                                           Seattle, WA 98101
                                            Telephone:  (206) 624-0900
9                                           Facsimile:   (206) 386-7500
                                            Email:  mmdaily@stoel.com
10                                          Attorney for Nominal Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GEEKNET, INC.'S CORPORATE DISCLOSURE STATEMENT (12-cv-01937-JLR) - 3

73216260.1 0038362-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*