THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS, <br><br> Plaintiff, <br><br> and <br><br> GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation, <br><br> Nominal Plaintiff, <br><br> vs. <br><br> CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 2:12-cv-01937 JLR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 41(D) MOTION FOR COSTS AND STAY** |

### [PROPOSED] ORDER

This Court, having considered the motion of Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") for costs and a stay of proceedings pursuant to Federal Rule of Civil Procedure 41(d), and the arguments presented by the parties, hereby ORDERS that Credit Suisse's motion for costs and a stay of proceedings is GRANTED. Plaintiff is hereby ordered to pay to Credit Suisse costs totaling $_____, and this action is hereby STAYED pending such time as notice has been provided by the parties that payment has been made.

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE
41(D) MOTION FOR COSTS AND STAY - 1
Case No. 2:12-cv-01937 JLR

ActiveUS 104676636v.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
The Honorable James L. Robart
United States District Judge

Presented By:

LANE POWELL PC

By: /s/Christopher B. Wells
Christopher B. Wells, WSBA No. 08302
1420 Fifth Avenue, Suite 4100
   Seattle, WA 98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107
Email:  wellsc@lanepowell.com


WILMER CUTLER PICKERING
  HALE AND DORR LLP
David S. Lesser *(pro hac vice pending)*
Fraser L. Hunter *(pro hac vice pending)*
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone:  212.230.8851
Facsimile:  212.230.8888
Email:  david.lesser@wilmerhale.com
Email:  fraser.hunter@wilmerhale.com

Attorneys for Defendant
Credit Suisse Securities (USA) LLC

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 41(D) MOTION FOR COSTS AND STAY - 2
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

ActiveUS 104676636v.1

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 10th day of January 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Jeffrey I. Tilden
Mark A. Wilner
David M. Simmonds
Gordon Tilden Thomas & Cordell, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
jtilden@gordontilden.com
mwilner@gordontilner.com
dsimmonds@gordontiler.com

William C. Smart
Ian S. Birk
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
wsmart@kellerrohrback.com
ibirk@kellerrohrback.com

Molly M. Dailey
Stoel Rives
600 University Street, Suite 3600
Seattle, WA 98101
mmdaily@stoel.com

David S. Lesser
Fraser L. Hunter, Jr.
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
david.lesser@wilmerhale.com
fraser.hunter@wilmerhale.com

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 41(D) MOTION FOR COSTS AND STAY - 3
Case No. 2:12-cv-01937 JLR
ActiveUS 104676636v.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Executed on the 10th day of January 2013, at Seattle, Washington.

*Sabrina Koskinen*
Sabrina Koskinen

[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 41(D) MOTION FOR COSTS AND STAY - 4
Case No. 2:12-cv-01937 JLR

ActiveUS 104676636v.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107