THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANESSA SIMMONDS,

    Plaintiff,

and

GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,

    Nominal Plaintiff,

vs.

CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,

    Defendant.

Case No. 2:12-cv-01937 JLR

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Credit Suisse Securities (USA), LLC, by and through its undersigned counsel, hereby makes the following disclosure:

Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA) Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA) Inc., which in turn is a jointly owned subsidiary of: (1) Credit Suisse Group AG Guernsey Branch, which is a branch of Credit Suisse Group AG, which is a corporation organized under the laws of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares, and (2)

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 1
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

Credit Suisse AG, which itself is a wholly owned subsidiary of Credit Suisse Group AG and which has certain publicly registered securities. No publicly held company owns 10% or more of Credit Suisse Group AG.

DATED: January 10, 2013

LANE POWELL PC

By  s/Christopher B. Wells
Christopher B. Wells, WSBA No. 08302
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107
Email: wellsc@lanepowell.com

WILMER CUTLER PICKERING
  HALE AND DORR LLP
David S. Lesser (pro hac vice pending)
Fraser L. Hunter (pro hac vice pending)
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.230.8851
Facsimile: 212.230.8888
Email: david.lesser@wilmerhale.com
Email: fraser.hunter@wilmerhale.com

Attorneys for Defendant
Credit Suisse Securities (USA) LLC

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 2
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 10th day of January 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Jeffrey I. Tilden
Mark A. Wilner
David M. Simmonds
Gordon Tilden Thomas & Cordell, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
jtilden@gordontilden.com
mwilner@gordontilner.com
dsimmonds@gordontiler.com

William C. Smart
Ian S. Birk
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101
wsmart@kellerrohrback.com
ibirk@kellerrohrback.com

Molly M. Dailey
Stoel Rives
600 University Street, Suite 3600
Seattle, WA  98101
mmdaily@stoel.com

David S. Lesser
Fraser L. Hunter, Jr.
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY  10007
david.lesser@wilmerhale.com
fraser.hunter@wilmerhale.com

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 3
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

1  and I hereby certify that I have mailed by United States Postal Service the document to the
2  following non-CM/ECF participants:

   Executed on the 10th day of January 2013, at Seattle, Washington.

   *Sabrina Koskinen* (signature)
   Sabrina Koskinen

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE
STATEMENT - 4
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107