1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

VANESSA SIMMONDS,

               Plaintiff,

and

GEEKNET, INC. (f/k/a VA LINUX
SYSTEMS, INC.), a Delaware corporation,

           Nominal Plaintiff

     v.

CREDIT SUISSE SECURITIES (USA) LLC, a
Delaware limited liability company,

          Defendant

NO.  2:12-cv-01937 JLR

[**PROPOSED**] ORDER DENYING
DEFENDANT'S RULE 41(D)
MOTION FOR COSTS AND STAY

       THIS MATTER comes before the Court on Defendant's Rule 41(D) Motion for Costs

and Stay.  Having duly considered the motion and all papers submitted in support of and in

opposition to the motion, and the balance of the files and records herein, the Court makes and

enters the following order.

       IT IS HEREBY ORDERED as follows:  Defendant's Rule 41(D) Motion for Costs and

Stay is DENIED.

ORDER DENYING DEFENDANT'S RULE 41(D) MOTION
FOR COSTS AND STAY – 1
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3      DATED this _____ day of _____, 2013.
4
5
6
7                                    _____
8                                    The Honorable James L. Robart
9
10
11
12
13   Presented by:
14
15   GORDEN TILDEN THOMAS &
       CORDELL, LLP
16
17
18
19   By *s/Mark Wilner*_____
20      Mark Wilner, WSBA #31550
21
22   KELLER ROHRBACK L.L.P.
23
24
25   By *s/Ian S. Birk*_____
26      Ian S. Birk, WSBA #16296
27
28   Attorneys for Plaintiff
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER DENYING DEFENDANT'S RULE 41(D) MOTION          **GORDON TILDEN THOMAS & CORDELL LLP**
FOR COSTS AND STAY – 2                                1001 Fourth Avenue, Suite 4000
No. 2:12-cv-01937 JLR                                   Seattle, WA  98154
                                                        Phone (206) 467-6477
                                                         Fax (206) 467-6292