Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESTA SIMMONDS,<br><br>Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>Nominal Plaintiff<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>Defendant | NO.  2:12-cv-01937 JLR<br><br>DECLARATION OF JEFFREY I. TILDEN |

I, Jeffrey I. Tilden, declare as follows:

1. ***Identity and Competency***.  I am an attorney with the law firm of Gordon Tilden Thomas & Cordell, LLP.  Along with the Keller Rohrback law firm, we represent plaintiff Vanessa Simmonds.

2. ***Authentication of Documents***.  Attached are true and correct copies of the following documents:

DECLARATION OF JEFFREY I. TILDEN– 1
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

| Document Description | Exhibit |
|---|---|
| <u>Present Complaint</u>: Simmonds v. Credit Suisse Securities (USA) LLC, No. 2:12-cv-01937 JLR | A |
| <u>Prior Complaint</u>: Simmonds v. Credit Suisse Securities (USA) LLC, No. C07-1583 JLR | B |

**I declare under penalty of perjury that the foregoing is true and correct**.

Executed this 22nd day of January, 2013, at Seattle, Washington.

> *s/Jeffrey I. Tilden*
> Jeffrey I. Tilden, WSBA #12219

DECLARATION OF JEFFREY I. TILDEN– 2
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

**Counsel for Nominal Plaintiff Geeknet, Inc.**:
Molly M. Dailey
Stoel Rives
600 University Street, Suite 3600
Seattle, WA 98101
T: (206) 624-0900
F: (206) 386-7500
Email:  mmdaily@stoel.com

**Counsel for Credit Suisse Securities (USA) LLC**:
Christopher B. Wells
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
T:  206-223-7000
F:  206-226-7107
Email:  wellsc@lanepowell.com

Davis S. Lesser
Fraser Hunter
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8851
212-230-8888
David.lesser@willmerhale.com
Fraser.hunter@willmerhale.com

*s/Mark Wilner*
Mark Wilner, WSBA #31550
Gordon Tilden Thomas & Cordell LLP

DECLARATION OF JEFFREY I. TILDEN– 3
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292