Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESTA SIMMONDS,<br><br>　　　　　　Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>　　　　　　Nominal Plaintiff<br><br>　v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant | NO.  2:12-cv-01937 JLR<br><br>DECLARATION OF MARK WILNER |

I, Mark Wilner, declare as follows:

1. ***Identity and Competency***.  I am an attorney with the law firm of Gordon Tilden Thomas & Cordell, LLP.  Along with the Keller Rohrback law firm, we represent plaintiff Vanessa Simmonds.

2. ***Defense Fees & Costs Challenged by Plaintiff***.  Attached to my declaration as Exhibits A–D are copies of the fee and cost line items submitted by the defense in Defendant's

DECLARATION OF MARK WILNER – 1
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Rule 41(d) Motion for Costs and Stay. As referenced in Plaintiff's opposition to the motion, the specific line items challenged by Plaintiff are marked with an asterisk.

3. ***Calculation of Fees & Costs Reasonably Incurred***. A calculation is included at the front of each exhibit showing the amount of fees and costs asserted by Plaintiff to be reasonably incurred after deductions for the items Plaintiff challenges. The exhibits and calculations are as follows:

| | | |
|---|---|---|
| Exhibit A: | New York Counsel's Costs | $356.80 |
| Exhibit B: | Local Counsel's Costs | $581.04 |
| Exhibit C: | New York Counsel's Fees | $7,625.45 |
| Exhibit D: | Local Counsel's Fees | $1,432.61 |

4. ***The Prior Case Was Not Cross-Appealed***. Attached to my declaration as Exhibit E is a true and correct copy of a printout of the docket from the prior case (No. C07-1583 JLR) showing no cross-appeal was filed therein. A review of the defense cost bill in the master case likewise shows the costs of the prior case (No. C07-1583 JLR) were not included. *See* Dkt. 97 ¶ 3 (Master Case No. C07-1549 JLR).

5. ***Four Pro Hac Vice Applications Were Filed***. Attached to my declaration as Exhibit F are true and correct copies of the four pro hac vice applications filed in the prior case.

**I declare under penalty of perjury the foregoing to be true and accurate.**

DATED this 22nd day of January, 2013.

*s/Mark A. Wilner*
Mark A. Wilner

DECLARATION OF MARK WILNER – 2
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| | |
|---|---|
| **Counsel for Nominal Plaintiff Geeknet, Inc.**: | **Counsel for Credit Suisse Securities (USA) LLC**: |
| Molly M. Dailey | Christopher B. Wells |
| Stoel Rives | Lane Powell PC |
| 600 University Street, Suite 3600 | 1420 Fifth Avenue, Suite 4100 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| T: (206) 624-0900 | T:  206-223-7000 |
| F: (206) 386-7500 | F:  206-226-7107 |
| Email:  mmdaily@stoel.com | Email:  wellsc@lanepowell.com |
| | |
| | Davis S. Lesser |
| | Fraser Hunter |
| | WilmerHale |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | 212-230-8851 |
| | 212-230-8888 |
| | David.lesser@willmerhale.com |
| | Fraser.hunter@willmerhale.com |

*s/Mark Wilner*
Mark Wilner, WSBA #31550
Gordon Tilden Thomas & Cordell LLP

DECLARATION OF MARK WILNER – 3
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292