WAWD - Praecipe (Revised 12/21/2012)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

VANESSA SIMMONDS,
    Plaintiff(s),

v.

CREDIT SUISSE SECURITIES (USA), LLC,
a Delaware limited liability company,
    Defendant(s).

Case No. 2:12-cv-01937 JLR

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please replace Docket Number 27 erroneously titled "Response" and replace with Defendant's Reply in Support of Rule 41(D) Motion for Costs and Stay. The Certificate of Service has been updated.

Jan 25, 2013
Dated

s/Christopher B. Wells
Signature

For: Defendant

**PRAECIPE**