THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9

VANESSA SIMMONDS,                          )
10                                         )    Case No. 2:12-cv-01937 JLR
                                           )
11              Plaintiff,                  )
                                           )    **[PROPOSED] ORDER**
12   and                                   )    **GRANTING DEFENDANT'S**
                                           )    **MOTION TO DISMISS**
13   GEEKNET, INC. (f/k/a VA LINUX         )
14   SYSTEMS, INC.), a Delaware corporation, )
                                           )
15              Nominal Plaintiff,          )
                                           )
16   vs.                                    )
                                           )
17   CREDIT SUISSE SECURITIES (USA),       )
     LLC, a Delaware limited liability company, )
18                                         )
                Defendant.                  )
19   _____ )

20                              **[PROPOSED] ORDER**

21         This Court, having considered the motion of Defendant Credit Suisse Securities (USA)

22   LLC ("Credit Suisse") to dismiss this action, and the arguments presented by the parties,

23   hereby ORDERS that Credit Suisse's motion to dismiss is GRANTED.  This action is hereby

24   DISMISSED with prejudice.

25         IT IS SO ORDERED.

26

27

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1
Case No. 2:12-cv-01937 JLR

1   DATED this _____ day of _____, 20_____.

2

3                                        _____
                                         THE HONORABLE JAMES L. ROBART
4                                        United States District Judge

5   Presented by:

6   LANE POWELL PC

7   s/Christopher B. Wells
    _____
8   Christopher B. Wells, WSBA No. 08302

9

10  WILMER CUTLER PICKERING
    HALE AND DORR LLP

11
    s/David S. Lesser
12  _____
    David S. Lesser (pro hac vice), NYSBA No. 4072302
    Fraser L. Hunter (pro hac vice), NYSBA No. 2569234
13  Colin T. Reardon (pro hac vice), NYSBA No. 4945655

14  Attorneys for defendant Credit Suisse Securities (USA) LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 2
Case No. 2:12-cv-01937 JLR