Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>Nominal Plaintiff<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>Defendant | NO.  2:12-cv-01937 JLR<br><br>[**PROPOSED**] ORDER DENYING DEFENDANT'S MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendant's Motion to Dismiss [Dkt. 31]. Having duly considered the motion and all papers submitted in support of and in opposition to the motion, and the balance of the files and records herein, the Court makes and enters the following order:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Dkt. 31] is DENIED.

ORDER DENYING DEFENDANT'S MOTION TO DISMISS – 1
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this ____ day of _____, 2013.

_____
The Honorable James L. Robart

Presented by:

GORDEN TILDEN THOMAS &
  CORDELL, LLP

By *s/Mark Wilner*
   Mark Wilner, WSBA #31550

KELLER ROHRBACK L.L.P.

By *s/Ian S. Birk*
   Ian S. Birk, WSBA #16296

Attorneys for Plaintiff

ORDER DENYING DEFENDANT'S MOTION TO
DISMISS – 2
No. 2:12-cv-01937 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292