UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>        Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.),<br><br>        Nominal Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>        Defendant. | CASE NO. C12-1937JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Oral argument on Defendant's motion to dismiss (Dkt. # 31) is scheduled for 9:00AM on Tuesday, April 2, 2013. The court instructs the parties to focus their

MINUTE ORDER - 1

argument on the statute of limitations/equitable tolling issue using the standard set forth in *Credit Suisse Securities (USA) LLC v. Simmonds*, 132 S. Ct. 1414 (2012).

Filed and entered this 13th day of March, 2013.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2