THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>                Plaintiff,<br><br>and<br><br>GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,<br><br>                Nominal Plaintiff,<br><br>      v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 2:12-cv-01937 JLR<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Civil Rule 7(n), Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") respectfully submits the Second Circuit's decision issued today in *Mercer v. Gupta*, No. 12-3393 (Apr. 5, 2013) (per curiam), as supplemental authority in support of Credit Suisse's pending motion to dismiss. The Second Circuit affirmed the district court's decision in *Mercer v. Gupta*, 880 F. Supp. 2d 486 (S.D.N.Y. 2012), which dismissed a Section 16(b) case brought by Plaintiff's counsel here, and which Credit Suisse cited in its briefs. *See* Mot. to

1   Dismiss [Dkt.31] at 2 n.2, 35, 36, 37; Reply in Supp. of Mot. to Dismiss [Dkt. 36] at 12.  A

2   copy of the decision is attached hereto as Exhibit A.

3           DATED: April 5, 2013

                                        LANE POWELL PC

4

5

                                        By  s/Christopher B. Wells
6                                       Christopher B. Wells, WSBA No. 08302
                                        1420 Fifth Avenue, Suite 4200
7                                       P.O. Box 91302
                                        Seattle, WA 98111-1302
8                                       Telephone:  206.223.7000
                                        Facsimile:  206.223.7107
9                                       Email:  wellsc@lanepowell.com

10

                                        WILMER CUTLER PICKERING HALE
11                                          AND DORR LLP
                                        David S. Lesser (*pro hac vice*)
12                                      Fraser L. Hunter (*pro hac vice*)
                                        Colin T. Reardon (*pro hac vice*)
13                                      7 World Trade Center
                                        250 Greenwich Street
14                                      New York, NY  10007
                                        Telephone:  212.230.8851
15                                      Facsimile:  212.230.8888
                                        Email:  david.lesser@wilmerhale.com
16                                      Email:  fraser.hunter@wilmerhale.com

17                                      Attorneys for Defendant
                                        Credit Suisse Securities (USA) LLC
18

19

20

21

22

23

24

25

26

27

DEFENDANT'S NOTICE OF SUPPLEMENTAL                    **LANE POWELL PC**
AUTHORITY - 2                                         1420 FIFTH AVENUE, SUITE 4100
Case No. 2:12-cv-01937 JLR                            SEATTLE, WASHINGTON  98101-2338
                                                      206.223.7000 FAX: 206.223.7107
123414.0002/5642690.1

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States that on the 5th day of April, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

**David M. Simmonds**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Email: dsimmonds@gordontilden.com

**Jeffrey I Tilden**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Email: jtilden@gordontilden.com

**Ian S Birk**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Email: ibirk@kellerrohrback.com

**William Candler Smart**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: 206-623-3384
Email: wsmart@kellerrohrback.com

DEFENDANT'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 3
Case No. 2:12-cv-01937 JLR

123414.0002/5642690.1

1

2

**Mark A Wilner**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Fax: 206-467-6292
Email: mwilner@gordontilden.com

3

4

5

**Molly Margaret Daily**
STOEL RIVES LLP
600 UNIVERSITY ST
STE 3600
SEATTLE, WA 98101-3197
206-624-0900
Fax: 206-386-7500
Email: mmdaily@stoel.com

6

7

8

9

10

11

        Executed on the 5th day of April, 2013, at Seattle, Washington.

12

13                                          s/Christopher B. Wells
                                            Christopher B. Wells,
14                                          WSBA No. 08302
                                            Address:  1420 Fifth Avenue, Suite 4200
15                                          P.O. Box 91302
                                            Seattle, WA  98111-1302
16                                          Telephone:  206.223.7000
                                            Fax:  206.223.7107
17                                          E-mail:  wellsc@lanepowell.com

18

19

20

21

22

23

24

25

26

27

DEFENDANT'S NOTICE OF SUPPLEMENTAL
AUTHORITY - 4
Case No. 2:12-cv-01937 JLR

123414.0002/5642690.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107