Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

VANESSA SIMMONDS,

    Plaintiff,

and

GEEKNET, INC. (f/k/a VA LINUX
SYSTEMS, INC.), a Delaware
corporation,

    Nominal Plaintiff

  v.

CREDIT SUISSE SECURITIES (USA)
LLC, a Delaware limited liability
company,

    Defendant

NO. 2:12-cv-01937 JLR

PLAINTIFF'S NOTICE OF
DECISION NOT TO FILE
AMENDED COMPLAINT

On April 24, 2013, the Court entered its order granting Defendant's motion to dismiss but permitting Plaintiff to file an amended complaint. Dkt. 43 at 13. In light of the Court's rationale for dismissing Plaintiff's original complaint, Plaintiff does not believe that an amended complaint would lead to a different result.

PLAINTIFF'S NOTICE OF DECISION NOT TO FILE
AMENDED COMPLAINT – 1
No. 2:12-cv-01937 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Therefore, Plaintiff elects to notify the Court and Defendant that she will not be

filing an amended complaint understanding, per the Court's order, that the Court

will be dismissing this action with prejudice.

DATED this 1st day of May, 2013.

**GORDON TILDEN THOMAS &**
**CORDELL LLP**
Attorneys for Plaintiff

By: *s/Mark Wilner*
   Jeffrey I. Tilden, WSBA #12219
   Mark A. Wilner, WSBA #31550
   David M. Simmonds, WSBA #6994
   1001 Fourth Avenue, Suite 4000
   Seattle, Washington 98154
   Telephone:  (206) 467-6477
   Facsimile:  (206) 467-6292
   Email:  jtilden@gordontilden.com
   Email:  mwilner@gordontilden.com
   Email:  dsimmonds@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By:  *s/Ian Birk*
   William C. Smart, WSBA #8192
   Ian S. Birk, WSBA #16296
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   Telephone:  (206) 623-1900
   Facsimile:  (206) 623-3384
   Email:  wsmart@kellerrohrback.com
   Email:  ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DECISION NOT TO FILE
AMENDED COMPLAINT – 2
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

**Counsel for Nominal Plaintiff Geeknet, Inc.**:
Molly M. Dailey
Stoel Rives
600 University Street, Suite 3600
Seattle, WA 98101
T: (206) 624-0900
F: (206) 386-7500
Email:  mmdaily@stoel.com

**Counsel for Credit Suisse Securities (USA) LLC**:
Christopher B. Wells
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
T:  206-223-7000
F:  206-226-7107
Email:  wellsc@lanepowell.com

Davis S. Lesser
Fraser Hunter
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8851
212-230-8888
David.lesser@willmerhale.com
Fraser.hunter@willmerhale.com

       *s/Mark Wilner*
       Mark Wilner, WSBA #31550
       Gordon Tilden Thomas & Cordell LLP

PLAINTIFF'S NOTICE OF DECISION NOT TO FILE
AMENDED COMPLAINT – 3
No. 2:12-cv-01937 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292