THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANESSA SIMMONDS,

    Plaintiff,

and

GEEKNET, INC. (f/k/a VA LINUX SYSTEMS, INC.), a Delaware corporation,

    Nominal Plaintiff,

v.

CREDIT SUISSE SECURITIES (USA) LLC, a Delaware limited liability company,

    Defendant.

Case No. 2:12-cv-01937 JLR

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR FEES AND COSTS**

This Court, having considered the motion of Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") for fees and costs under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(c) and the arguments presented by the parties, hereby ORDERS that Credit Suisse's motion for fees and costs is GRANTED. Defendant Credit Suisse is directed to submit an application for fees and costs along with supporting materials within fifteen days of the entry of this Order.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR FEES AND COSTS- 1
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

LANE POWELL PC

*s/Christopher B. Wells*
Christopher B. Wells, WSBA No. 08302


WILMER CUTLER PICKERING
HALE AND DORR LLP

*s/David S. Lesser*
David S. Lesser *(pro hac vice)*, NYSBA No. 4072302
Fraser L. Hunter *(pro hac vice)*, NYSBA No. 2569234
Colin T. Reardon *(pro hac vice)*, NYSBA No. 4945655

*Attorneys for defendant Credit Suisse Securities (USA) LLC*

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR FEES AND COSTS- 2
Case No. 2:12-cv-01937 JLR

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States that on the 2nd day of May, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

**David M. Simmonds**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Email: dsimmonds@gordontilden.com

**Jeffrey I Tilden**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Email: jtilden@gordontilden.com

**Ian S Birk**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Email: ibirk@kellerrohrback.com

**William Candler Smart**
KELLER ROHRBACK
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900
Fax: 206-623-3384
Email: wsmart@kellerrohrback.com

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR FEES AND COSTS- 3
Case No. 2:12-cv-01937 JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

**Mark A Wilner**
GORDON TILDEN THOMAS & CORDELL LLP
1001 4TH AVE
STE 4000
SEATTLE, WA 98154
206-467-6477
Fax: 206-467-6292
Email: mwilner@gordontilden.com

**Molly Margaret Daily**
STOEL RIVES LLP
600 UNIVERSITY ST
STE 3600
SEATTLE, WA 98101-3197
206-624-0900
Fax: 206-386-7500
Email: mmdaily@stoel.com

Executed on the 2nd day of May, 2013, at Seattle, Washington.

*s/Christopher B. Wells*
Christopher B. Wells,
WSBA No. 08302
Address:  1420 Fifth Avenue, Suite 4200
Seattle, WA  98111-9402
Telephone:  206.223.7000
Fax:  206.223.7107
E-mail:  wellsc@lanepowell.com

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR FEES AND COSTS- 4
Case No. 2:12-cv-01937 JLR

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107