UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>    Plaintiff,<br><br>and<br><br>GEEKNET, INC.,<br><br>    Nominal Plaintiff,<br><br>  v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>    Defendant. | CASE NO. C12-1937JLR<br><br>ORDER DISMISSING CASE |

In a previous order, the court dismissed the complaint in this case and granted Plaintiff Vanessa Simmonds leave to amend. (4/24/13 Order (Dkt. # 43).) In that order, the court indicated that if Ms. Simmonds did not file an amended complaint within 15

ORDER- 1

1 days, the court would dismiss her case with prejudice.  (*Id.* at 13.)  Ms. Simmonds

2 recently filed a Notice of Decision Not to File Amended Complaint, indicating that she

3 would not be filing an amended complaint.  (*See* Not. (Dkt. # 44).)  Accordingly, the

4 court DISMISSES this case WITH PREJUDICE.

5        Dated this 3rd day of May, 2013.

                                    JAMES L. ROBART
                                    United States District Judge

ORDER- 2