# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>   Plaintiff,<br><br>and<br><br>GEEKNET, INC.,<br><br>   Nominal Plaintiff,<br><br> v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>   Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C12-1937JLR |

\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case is DISMISSED with prejudice.

 Filed this 3rd day of May, 2013.

        WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk